**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**
**FOURTH DIVISION**

---

James L. Kinder,

Plaintiff,

vs.

Hennepin County, the Hennepin County Sheriff's Office, Deputy Sheriff Kurt Peton, Deputy Sheriff Allen Magelssen, Sergeant James Lindfors, and Deputy Sheriff John Doe (#E023),

Defendants.

**STIPULATION FOR ORDER AND ORDER**

File No. 01-CV-1596 (DDA/FLN)

---

WHEREAS, at the time Plaintiff commenced his instant cause-of-action, he could not, through reasonable efforts, ascertain the identity of one of the sheriff' s deputies allegedly involved with this incident.

WHEREAS, after commencing suit and after serving initial discovery, the parties have learned that the unidentified deputy sheriff listed as John Doe (#E023) on the Summons and in the Complaint was actually Deputy John Theodorson.

WHEREAS, the parties wish to substitute the now-disclosed deputy, John Theodorson, in place of Deputy Sheriff John Doe (#E023).

WHEREAS, the parties have been informed that Deputy John Theodorson is no longer employed with defendant, Hennepin County.

WHEREAS, pursuant to the Minnesota Government Data Practices Act the County may not release Deputy Theodorson's address and contact information without a Court Order.

WHEREAS, the parties are requesting this Court, in addition to substituting John

FILED 1-9-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

Theodorson as defendant John Doe (#E023), to also issue an Order directing Hennepin County to disclose to the parties the current and/or last known address and contact information for Deputy John Theodorson.

WHEREAS, the parties agree not to disseminate the address and contact information to any additional individuals or entities without first obtaining a stipulation to do so, or without obtaining Court order.

NOW THEREFORE, it is hereby stipulated and agreed to by and between the parties, through their counsel of record, that the Court may issue an Order, as follows:

1. Allowing Plaintiff leave of Court to substitute John Theodorson in the place of defendant Deputy Sheriff John Doe (#E023).

2. That defendant John Theodorson is hereby substituted as a party in the above-captioned lawsuit in place of Deputy Sheriff John Doe (#E023).

3. Ordering the disclosure of the current and/or last known address, date of birth and telephone number of Deputy Sheriff John Theodorson.

Dated: 1-2-02

Richard W. Hechter, Esq. (#193537)
Attorney for Plaintiff
402 Signal Bank Building
5353 Wayzata Boulevard
St. Louis Park, MN 55416
Telephone: (952) 512-7512
Fax: (952) 512-7501

Dated: Jan. 4, 2002

Toni A. Beitz

Toni A. Beitz, Esq. (#6245)
Attorney for Defendants
2000A Government Center
Minneapolis, MN 55487
Telephone: (612) 348-8533
Fax: (612) 348-8299

**ORDER**

Based upon the foregoing stipulation, it is hereby ordered by the Court, as follows:

1. Plaintiff's request for leave to substitute John Theodorson in the place of defendant Deputy Sheriff John Doe (#E023) in his Complaint is granted.

2. That Hennepin County shall, forthwith, release the current and/or last known address, date of birth and telephone number(s) of Deputy John Theodorson to Toni A. Beitz, Assistant Hennepin County Attorney. Ms. Beitz shall then immediately relay that information to Plaintiff's counsel.

Dated: JAN. 9 2002

Magistrate Judge of Federal District Court