UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

James L. Kinder,

Plaintiff,

v.

Hennepin County, et al.

Defendants.

01 CV 1596 (DDA/FLN)

**NOTICE OF HEARING**

---

**TAKE NOTICE** that the Defendants' motion for **PARTIAL SUMMARY JUDGMENT** will be heard on Wednesday, December 11, 2002 at 10:00 a.m., before the undersigned in Courtroom 1, Warren E. Burger Federal Courts Building, St. Paul, Minnesota.

DATED: November 20st, 2002.

DONALD D. ALSOP, Senior Judge
United States District Court

NOV 21 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK