**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

James L. Kinder,

Plaintiff,

vs.

Hennepin County, the Hennepin County Sheriff's Office, Deputy Sheriff Kurt Peton, Deputy Sheriff Allen Magelssen, Sergeant James Lindfors, and Deputy Sheriff John Theodorson

Defendants.

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE OF DEFENDANTS HENNEPIN COUNTY; THE HENNEPIN COUNTY SHERIFF'S OFFICE; DEPUTY SHERIFF KURT PETON; DEPUTY SHERIFF ALLEN MAGELSSEN; SERGEANT JAMES LINDFORS; AND DEPUTY SHERIFF JOHN THEODORSON**

File No. 01-CV-1596 (DDA/FLN)

---

The claims in the above-entitled action, having been fully compromised and settled between plaintiff James L. Kinder and Defendants Hennepin County, the Hennepin County Sheriff's Office, Deputy Sheriff Kurt Peton, Deputy Sheriff Allen Magelssen, Sergeant James Lindfors, and Deputy Sheriff John Theodorson, it is hereby stipulated and agreed by these parties, through their respective undersigned attorneys, that the same may be, and hereby is, dismissed against these defendants with prejudice but without cost to any party.

It is further stipulated and agreed that an appropriate Order for Judgment with prejudice may be entered by the Court.

FILED FEB 04 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD FEB 04 2003
DEPUTY CLERK

THILL LAW FIRM, P.A.

By: ______________________
Richard W. Hechter (193537)
402 Associated Bank Building
5353 Wayzata Blvd.
St. Louis Park, MN 55416
Telephone: (952) 512-7512
Facsimile: (952) 512-7501

Dated: December 19, 2001

AMY KLOBUCHAR
Hennepin County Attorney

By: ______________________
Toni A. Beitz (6245)
2000A Government Center
Minneapolis, MN 55487
Telephone: (612) 348-8533
Facsimile: (612) 348-8299

Dated: ~~December 19, 2001~~ January 24, 2003

ORDER FOR JUDGMENT

Based on the Stipulation of Dismissal With Prejudice and Approval of Settlement,

IT IS ORDERED that the above-entitled action be, and the same hereby is, dismissed in its entirety against Defendants Hennepin County, the Hennepin County Sheriff's Office, Deputy Sheriff Kurt Peton, Deputy Sheriff Allen Magelssen, Sergeant James Lindfors, and Deputy Sheriff John Theodorson with prejudice and without costs to either party.

THERE BEING NO JUST REASON FOR DELAY, LET JUDGMENT BE ENTERED ACCORDINGLY.

BY THE COURT:

______________________
The Honorable Donald D. Alsop
Judge, United States District Court

Dated: February 3, 2003